CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 08 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LUIS R. FIGUEROA, | ) CASE NO. 7:13CV00038 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| UNITED STATES OF AMERICA. | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action requesting declaratory judgment is **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1) as frivolous, the motion to proceed in forma pauperis is **DISMISSED** as moot, and this action is stricken from the active docket of the court.

ENTER: This 8th day of February, 2013.

/s/ Glen Conrad
_____
Chief United States District Judge